160 A.3d 774

**GERMANTOWN CAB COMPANY, Petitioner**

v.

**PHILADELPHIA PARKING AUTHORITY, Respondent**

**No. 215 EAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.